UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 7A

| |
|---|
| NEW IMAGE GLOBAL, INC. |
|                               Plaintiff, |
| v. |
| UNITED STATES OF AMERICA |
|                               Defendant. |

Court No. 14-00271-JAR

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: November 21, 2023

/s/ ELON A. POLLACK
Attorney for Plaintiff

865 S. Figueroa Stree, Suite 1388
Street Address

Los Angeles, CA 90017
City, State and Zip Code

(213)630-8888
Telephone No.

## Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: November 22, 2023

Clerk, U. S. Court of International Trade

By: /s/ Geoffrey Goell
Deputy Clerk

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 15-00316-JAR | New Image Global, Inc. |
| 16-00016-JAR | New Image Global, Inc. |

Order of Dismissal

This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: November 22, 2023

Clerk, U. S. Court of International Trade

By: /s/ Geoffrey Goell
Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)